AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| UNIVERSAL STANDARD INC., a Delaware Corporation,<br><br>*Plaintiff(s)*<br>v.<br><br>TARGET CORPORATION, a Minnesota Corporation; and DOES 1-10, inclusive,<br><br>*Defendant(s)* | Civil Action No. 18-cv-6042 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Target Corporation
1000 Nicollet Mall
Minneapolis, Minnesota 55403

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brent H. Blakely
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 07/09/2018                                                           /s/ D. Howie
                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-cv-6042

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Target Corporation
was received by me on *(date)* 7-9-18

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Cathy Prescher, Agent for Service, who is designated by law to accept service of process on behalf of *(name of organization)* C.T. Corporation on behalf of Target Corporation on *(date)* 7-12-18 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 7-17-18

Stacy Steltner
*Server's signature*

Stacy Steltner, Process Server
*Printed name and title*

330 2nd Ave South, Ste 150, Minneapolis MN 55401
*Server's address*

Additional information regarding attempted service, etc: