

1334 Parkview Avenue, Suite 280, Manhattan Beach, CA 92260
T_310-546-7400  F_310-546-7401  www.BlakelyLawGroup.com

E-mail bblakely@blakelylawgroup.com

August 1, 2018

**VIA ECF**

Honorable Lorna G. Schofield
United States District Court -
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    Universal Standard, Inc. v. Target Corporation, et al.
               Case No. 1:18-cv-6042 (LGS)

To the Court and all Parties,

    Plaintiff Universal Standard, Inc. hereby requests that the Initial Pretrial Conference in the above-referenced action currently scheduled to take place on September 4, 2018 at 10:30 a.m**.** be moved to **September 7, 2018 at 10:30 a.m.**

    Plaintiff's request is made on the grounds that lead counsel, Brent H. Blakely, Esq. has a Scheduling Conference on September 4, 2018 in the U.S. District Court, Central District of California and a hearing on Motion for Summary Judgment on September 5, 2018 in the U.S. District Court, Utah.

    Defendant Target Corporation has yet to appear in this action. As such, Plaintiff is unable to contact the attorneys for same at this time in order to determine consent to the present request.

Respectfully Submitted:


Dated:  August 1, 2018        By:  _____
         Manhattan Beach, CA           Brent H. Blakely (1966)
                                                        BLAKELY LAW GROUP
                                                         1334 Parkview Avenue, Suite 280
                                                         Manhattan Beach, CA 90266
                                                         Telephone: (310) 546-7400
                                                         Facsimile: (310) 546-7401
                                                         ***Attorney for Plaintiff***
                                                         ***Universal Standard, Inc***.