

1334 Parkview Avenue, Suite 280, Manhattan Beach, CA 90266
T_310-546-7400  F_310-546-7401  www.BlakelyLawGroup.com

E-mail bblakely@blakelylawgroup.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/2018
```

August 1, 2018

**VIA ECF**

Honorable Lorna G. Schofield
United States District Court -
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    Universal Standard, Inc. v. Target Corporation, et al.
                Case No. 1:18-cv-6042 (LGS)

To the Court and all Parties,

    Plaintiff Universal Standard, Inc. hereby requests that the Initial Pretrial Conference in the above-referenced action currently scheduled to take place on September 4, 2018 at 10:30 a.m. be moved to **September 7, 2018 at 10:30 a.m.**

    Plaintiff's request is made on the grounds that lead counsel, Brent H. Blakely, Esq. has a Scheduling Conference on September 4, 2018 in the U.S. District Court, Central District of California and a hearing on Motion for Summary Judgment on September 5, 2018 in the U.S. District Court, Utah.

    Defendant Target Corporation has yet to appear in this action.  As such, Plaintiff is unable to contact the attorneys for same at this time in order to determine consent to the present request.

Respectfully Submitted:

Dated:  August 1, 2018    By:    _____
          Manhattan Beach, CA           Brent H. Blakely (1966)
                                                            BLAKELY LAW GROUP
                                                            1334 Parkview Avenue, Suite 280
                                                            Manhattan Beach, CA 90266
                                                             Telephone: (310) 546-7400
                                                            Facsimile: (310) 546-7401
                                                            *Attorney for Plaintiff*
                                                            *Universal Standard, Inc.*

Application GRANTED in part.  The initial pretrial conference currently scheduled for September 4, 2018, is hereby adjourned to September 11, 2018, at 10:40 a.m.  The parties are reminded to file their joint letter and proposed case management plan at least seven days before the conference.  Plaintiff shall serve this Order on Defendants.

Dated: August 2, 2018
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE