Brent Blakely (BB 1966)
bblakely@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California
Telephone: (310) 546-7400
Facsimile: (310) 546-7401
*Attorneys for Plaintiff*
*Universal Standard Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| UNIVERSAL STANDARD INC., a Delaware Corporation, Plaintiff, v. TARGET CORPORATION, a Minnesota Corporation; and DOES 1-10, inclusive, Defendant. | CASE NO. 1:18-cv-6042 (LGS) **PROOF OF SERVICE** |
|---|---|

1

## PROOF OF SERVICE

I am employed in the county aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 1334 Parkview Avenue, Suite 280, Manhattan Beach, California 90266. On August 2, 2018, I served the documents named below on the parties in this action as follows:

**Document(s) Served:**  **ORDER RE INITIAL PRETRIAL CONFERENCE**

**Served Upon:**  Target Corporation
1000 Nicollet Mall
Minneapolis, Minnesota 55403

[X]  **(BY MAIL)** I placed such envelope on the above date, with postage fully prepaid, for deposit in the U.S. Postal Service at my place of business at Manhattan Beach, California, following the ordinary business practices of my place of business. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mail with the U.S. Postal Service. Under that practice, such correspondence is deposited with the U.S. Postal Service the same day it is collected and processed in the ordinary course of business.

[ ]  **(BY FEDERAL EXPRESS)** I am readily familiar with the business practices at my place of business for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

[ ]  **(BY FACSIMILE)** I caused to be transmitted the document(s) described herein via the FAX number(s) listed on the attached service list.

[ ]  **(BY E-MAIL)** I caused a copy of the document(s) described herein to be to be transmitted via electronic mail to the recipients listed above to at the listed electronic mail address(es).

[ ]  **(BY PERSONAL SERVICE)** I served the foregoing document by placing true copies thereof enclosed in sealed envelope(s) addressed as stated below. I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

[X]  **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 2, 2018, at Manhattan Beach, California.

Monica Lawal