Lita Beth Wright
Kelly McCullough
STORCH AMINI PC
2 Grand Central Tower
140 E. 45th Street, 25th Floor
New York, NY 10017
Telephone: (212) 490-4100
Fax: (212) 490-4208
Email: lbwright@storchamini.com
Email: kmccullough@storchamini.com

James R. Steffen (to be admitted *pro hac vice*)
Peter M. Routhier (to be admitted *pro hac vice*)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Fax: (612) 766-1600
Email: James.Steffen@FaegreBD.com
Email: Peter.Routhier@FaegreBD.com

*Attorneys for Defendant Target Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| UNIVERSAL STANDARD INC., a Delaware Corporation | ) ) ) | |
| Plaintiff, | ) ) | Civil Case No. 1:18-cv-06042-LGS |
| v. | ) ) | **TARGET CORPORATION'S** |
| TARGET CORPORATION, a Minnesota Corporation, and DOES 1-10, inclusive, | ) ) ) ) | **CORPORATE DISCLOSURE STATEMENT** |
| Defendants. | ) ) | |

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Target Corporation states that it is not the subsidiary of any parent corporation, and no publicly held corporation owns 10 percent or more of its stock.

Dated: New York, New York
       August 2, 2018

                        STORCH AMINI PC

                        By: /s/ Lita Beth Wright
                              Lita Beth Wright
                              Kelly McCullough
                        Two Grand Central Tower
                        140 E. 45th Street, 25th Floor
                        New York, NY 10017
                        Telephone: (212) 490-4100
                        Fax: (212) 490-4208
                        Email: lbwright@storchamini.com
                        Email: kmccullough@storchamini.com

                        James R. Steffen (to be admitted *pro hac vice*)
                        Peter M. Routhier (to be admitted *pro hac vice*)
                        FAEGRE BAKER DANIELS LLP
                        2200 Wells Fargo Center
                        90 South Seventh Street
                        Minneapolis, MN 55402
                        Telephone: (612) 766-7000
                        Fax: (612) 766-1600
                        Email: James.Steffen@FaegreBD.com
                        Email: Peter.Routhier@FaegreBD.com

                        *Attorneys for Defendant Target Corporation*