UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIVERSAL STANDARD INC., a Delaware Corporation,<br><br>      Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota Corporation, and DOES 1-10, inclusive,<br><br>      Defendants. | Civil Case No. 1:18-cv-06042-LGS |

## NOTICE OF APPEARANCE

  Please enter the appearance of Kelly McCullough, of Storch Amini PC, as counsel for Defendant Target Corporation in the above-captioned matter. I certify that I am admitted to practice in this District and am a member in good standing of this Court.

Dated: New York, New York
    August 2, 2018

                Respectfully submitted,

                STORCH AMINI PC

                By: /s/ Kelly McCullough
                   Kelly McCullough
                2 Grand Central Tower
                140 E. 45th Street, 25th Floor
                New York, NY 10017
                Telephone: (212) 490-4100
                Fax: (212) 490-4208
                Email: kmccullough@storchamini.com

                *Attorneys for Defendant Target Corporation.*