**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNIVERSAL STANDARD INC., <br><br> Plaintiff, <br><br> -against- <br><br> TARGET CORPORATION, a Minnesota Corporation; TARGET BRANDS, INC., a Minnesota Corporation; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. :18-cv-06042-LGS (GWG) <br><br> **NOTICE OF SETTLEMENT** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Universal Standard Inc. ("Plaintiff") and Defendants Target Corporation and Target Brands, Inc. (collectively, "Defendants") have reached the principal terms of a settlement agreement in the above-entitled action. The parties expect to finalize the settlement and file a dismissal of the entire action without prejudice within thirty (30) days from today's date. As such, Plaintiff requests that a Status Conference re Settlement/Dismissal be set for approximately thirty (30) days from today's date.

Dated: October 30, 2019
       New York, New York

By: */s/ Brent H. Blakely*
Brent Blakely
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, CA
(310) 546-7400
bblakely@blakelylawgroup.com
***Attorneys for Plaintiff Universal Standard***

By: */s/ Brendan O'Rourke*
Brendan O'Rourke
PROSKAUER ROSE
Eleven Times Square, New York, NY
(212) 969-3000
borourke@proskauer.com
***Attorneys for Defendants Target Corporation and Target Brands, Inc.***