USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIVERSAL STANDARD INC., a Delaware Corporation,<br><br>                       Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota Corporation; TARGET BRANDS, INC., a Minnesota Corporation; and DOES 1-10, inclusive,<br><br>                       Defendants. | No. 1:18-cv-06042-LGS-GWG<br><br>SO ORDERED.<br><br>Dated: December 3, 2019<br>          New York, New York<br><br>_____<br>LORNA G. SCHOFIELD<br>UNITED STATES DISTRICT JUDGE |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Universal Standard, Inc. and Defendants Target Corporation and Target Brands, Inc., by and through their respective counsel of record, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action, together with any and all claims, counterclaims and affirmative defenses, with prejudice and without award of costs, expenses or fees to any party.

| | |
|---|---|
| Dated: December 2, 2019<br><br>By: _____<br>Brent H. Blakely<br>BLAKELY LAW GROUP<br>1334 Parkview Avenue, Suite 280<br>Manhattan Beach, CA<br>(310) 546-7400<br>bblakely@blakelylawgroup.com<br><br>*Attorneys for Plaintiff Universal Standard Inc.* | Respectfully submitted:<br><br>By: _____<br>Brendan J. O'Rourke<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, NY<br>(212) 969-3000<br>borourke@proskauer.com<br><br>*Attorneys for Defendants Target Corporation and Target Brands, Inc.* |